

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Gregory Don Tatum,                    * From the 118th District Court
                                        of Howard County,
                                        Trial Court No. 55666.

No. 11-24-00213-CV                    * September 26, 2024

Tina Dean Tatum,                      * Memorandum Opinion by Trotter, J.
                                        (Panel consists of: Bailey, C.J.,
                                        Trotter, J., and Williams, J.)

    This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.